# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN CANIFF,<br><br>        Plaintiff,<br><br>   v.<br><br>FCA US LLC,<br>        Defendant. | Case No.: 1:18-cv-00393 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 7) |

The parties report they had come to terms of settlement. (Doc. 7) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than July 13, 2018**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:  **June 6, 2018**                  **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE